LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507


November 27, 2024


**Via ECF**

Hon. John P. Cronan
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: <u>United States v. Christopher Brown</u>, 24-cr-28 (JPC)**

Dear Judge Cronan:

    I am CJA counsel to Christopher Brown. I write, with no objection from the government, to request a 45-day adjournment of Mr. Brown's sentencing, currently scheduled for December 18, 2024.

    I am still in the process of collecting materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Brown's behalf. Those materials include letters of support. The Court also recently approved the appointment of a social worker and the social worker needs additional time to finalize their report.

    Therefore, with no objection from the government, the defense respectfully requests a 45-day adjournment of Mr. Brown's sentencing.

    I thank the Court for its attention to this matter.


Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)

The request is granted.  The sentencing currently scheduled for December 18, 2024, is adjourned to February 4, 2025, at 10:00 a.m. in Courtroom 12D at 500 Pearl Street, New York, NY 10007.  The Clerk of Court is respectfully directed to close Docket Number 69.

SO ORDERED
Date: December 2, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge