LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

January 21, 2025

**Via ECF**

Hon. John P. Cronan
United States District Court Judge
  Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Christopher Brown**, 24-cr-28 (JPC)

Dear Judge Cronan:

 I am CJA counsel to Christopher Brown. I write, with no objection from the government, to respectfully request a 45 to 60 day adjournment of Mr. Brown's sentencing, currently scheduled for February 4, 2025.

 I am still in the process of collecting materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Brown's behalf, including records from the New York City Department of Education.

 Therefore, with no objection from the government, the defense respectfully requests a 45 to 60 day adjournment of Mr. Brown's sentencing.

 I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc:   All Parties (via ECF)

The instant request is granted. The sentencing currently scheduled for February 4, 2025, is adjourned to April 15, 2025, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 80.

SO ORDERED.
Date: January 22, 2025
New York, New York

JOHN P. CRONAN
United States District Judge