LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

April 1, 2025

**<u>Via ECF</u>**

Hon. John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Christopher Brown</u>, 24-cr-28 (JPC)

Dear Judge Cronan:

    I am CJA counsel to Christopher Brown. I write, with no objection from the government, to respectfully request a 60-day adjournment of Mr. Brown's sentencing, currently scheduled for April 15, 2025.

    In the coming weeks, Mr. Brown has a series of appointments to have approximately eight root canals from serious tooth decay. The requested adjournment will allow him to have the necessary procedures and allow him time for both recovery and any necessary follow-up visits.

    Therefore, with no objection from the government, the defense respectfully requests a 60 day adjournment of Mr. Brown's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)

The instant request is granted. The sentencing currently scheduled for April 15, 2025, is adjourned to June 11, 2025, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 90.

SO ORDERED.
Date: April 2, 2025
New York, New York

JOHN P. CRONAN
United States District Judge